UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14492-CV-ROSENBERG/LYNCH

DAVID POSCHMANN,

    Plaintiff,

v.

BAYSHORE PETRO, INC.

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 27th day of February, 2015.

| | |
|---|---|
| s/Drew Levitt | s/Sally Still |
| Drew Levitt, Esq. | Sally Still, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 904414 |
| DML2@bellsouth.net | sstill@warddamon.com |
| Lee D. Sarkin, Esq. | Ward Damon et al. |
| Florida Bar No. 962848 | 4420 Beacon Circle |
| lsarkin@aol.com | West Palm Beach, Florida 33407 |
| 4700 N.W. Boca Raton Boulevard | Telephone (561) 842-3000 |
| Suite 302 | Facsimile (561) 842-3626 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Facsimile (561) 994-0837 | |
| Attorneys for Plaintiff | |